# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

STUART DELANCEY,

    Petitioner,

v.                                  CASE NO. 1:12-cv-00216-MP-GRJ

KENNETH TUCKER,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 15, 2015. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 27. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that Eleventh Circuit precedent in Shelton v. Sec'y, Dep't of Corr., 691 F.3d 1348 (11th Cir. 2012) forecloses petitioner's claim that Florida Statute § 893 is unconstitutional. Petitioner relies upon the district court opinion that was reversed in Shelton. Second, the Magistrate Judge correctly agreed with the state court opinion that there was no entrapment in this case, and therefore no appellate attorney error for failing to raise entrapment on appeal. Because that state application of the facts to the law was not unreasonable, petitioner is not entitled to relief on the claim of ineffective assistance of counsel.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody is DENIED. A certificate of appealability is DENIED.

**DONE AND ORDERED** this   *1st* day of December, 2015


   *s/Maurice M. Paul*
   Maurice M. Paul, Senior District Judge